No. 12–5640. BROWN v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5641. STINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5644. CASTRO-DAVIS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–5645. RENDON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5647. BLACKWOOD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5648. DREW v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 12–5652. ANDERSON v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 12–5653. MARTINEZ v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 12–5654. JACKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5655. ROBINSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–5657. SHEHABELDIN v. UNITED STATES POSTAL INSPECTION SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–5662. SYLVESTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5663. DICKERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–5664. MCARTY v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 12–5666. JORDAN v. WILEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.